FOULKE v. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE.

COUNTY'S LIABILITY FOR COSTS IN CRIMINAL CASES.
A county is not liable for the costs of a defendant in a criminal case, unless the requisite statutory steps to charge it have been taken.

*Appeal from the District Court of Arapahoe County.*

Mr. O. A. ERDMAN, for appellant.

Messrs. GOUDY & TWITCHELL, for appellee.

THOMSON, J., delivered the opinion of the court.

The question in this case is whether Arapahoe county is liable for the costs incurred by the appellant, as defendant in a *habeas corpus* proceeding, the facts concerning which will be found in *Foulke v. The People,* 4 Colo. App. 519. By stipulation the only questions submitted to us are, *first,* whether the *habeas corpus* case was a criminal case within the meaning of section 699 of Mills' Annotated Statutes, relating to costs in criminal cases; and, *second,* whether these costs are chargeable against the county. It is unnecessary to decide whether the proceeding was civil or criminal in its nature. If it was a civil case, of course the costs are not payable by the county. If it was a criminal case, as the

appellant was defendant, and the requisite statutory steps were not taken to make his expenses a charge against the county, the county is not liable for them. *Fremont County v. Wilson*, 3 Colo. App. 492; *Boykin v. People*, 23 Colo. 183.

Let the judgment be affirmed.

*Affirmed.*